

**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed September 14, 2010

---

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-31253-sgj |
| | § | (Chapter 11) |
| HALLWOOD ENERGY, L.P., *et al.*, | § | |
| | § | |
| DEBTORS | § | |
| | § | |
| DOUGLAS J. BRICKLEY, TRUSTEE | § | |
| FOR THE HALLWOOD ENERGY III | § | |
| CREDITORS' TRUST, | § | ADV. PROC. NO. 10-03204-sgj |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| J. ARON & COMPANY | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING AGREED MOTION FOR
ENTRY OF AGREED SCHEDULING ORDER**

ORDER GRANTING AGREED MOTION FOR
ENTRY OF AGREED SCHEDULING ORDER

Page 1

On this day the Court considered the Agreed Motion for Entry of Agreed Scheduling Order. The Court finds that the Motion should be GRANTED.

The Court enters the following deadlines for this matter:

| | |
|---|---|
| Joinder of Parties | December 1, 2010 |
| Amendment of Pleadings | December 15, 2010 |
| Plaintiff's Expert Designations and Disclosures | January 14, 2011 |
| Defendant's Expert Designations and Disclosures | March 1, 2011 |
| Fact Discovery | April 1, 2011 |
| Expert Discovery | April 1, 2011 |
| Dispositive Motions | April 1, 2011 |
| Docket Call | **May 9, 2011 at 1:30** |
| Trial | May 16, 2011 |

*[Remainder of Page Intentionally Left Blank]*

**ORDER GRANTING AGREED MOTION FOR**
<u>**ENTRY OF AGREED SCHEDULING ORDER**</u>

**Agreed to and Accepted by:**

| | |
|---|---|
| */s/ Matthew W. Moran* | */s/Brian A. Kilmer* |
| William L. Wallander, SBT #20780750 | Brian A. Kilmer, SBT # 24012963 |
| Matthew Moran, SBT #24002642 | J. Meritt Crosby, SBT # 24050462 |
| Allison Jacobsen, SBT #00783549 | Brian D. Roman, SBT #24037386 |
| Bradley Foxman, SBT #24065243 | Okin Adams & Kilmer LLP |
| Vinson & Elkins LLP | 3102 Maple Avenue, Suite 240 |
| 2001 Ross Avenue, Suite 3700 | Dallas, TX 75201 |
| Dallas, Texas 75201 | 214.800.2390 |
| 214.220.7700 | 888.865.2118 (fax) |
| 214.999.7723 (fax) | bkilmer@oakllp.com |
| bwallander@velaw.com; mmoran@velaw.com | mcrosby@oakllp.com |
| ajacobsen@velaw.com; bfoxman@velaw.com | broman@oakllp.com |

**ATTORNEYS FOR DEFENDANT**  
**J. ARON & COMPANY**

**ATTORNEYS FOR PLAINTIFF**  
**DOUGLAS J. BRICKLEY, TRUSTEE**  
**FOR THE HALLWOOD ENERGY III**  
**CREDITORS' TRUST**
**ORDER GRANTING AGREED MOTION FOR**
**ENTRY OF AGREED SCHEDULING ORDER**